| | |
|---|---|
| 1 | JOSEPH W. CAMPBELL, (SBN 53263) |
| 2 | LAW OFFICES OF JOSEPH W. CAMPBELL<br>   A Professional Corporation |
|   | 1301 Marina Village Parkway, Suite 330 |
| 3 | Alameda, CA 94501 |
|   | Telephone:  (510) 865-5409 |
| 4 | Facsimile:   (510) 865-5410 |
| 5 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON BALL, | Case No.:  C08-02495 EMC |
|     Plaintiff, | **DEMAND FOR JURY TRIAL** |
| vs. | |
| JC PENNEY CORPORATION, INC. and Does 1 to 50, | |
|     Defendants. | |

Plaintiff Allison Ball hereby demands a jury trial in this action.

Dated:  May 28, 2008

                                        LAW OFFICES OF JOSEPH W. CAMPBELL
                                                A Professional Corporation


                              By: _____
                                        JOSEPH W. CAMPBELL
                                        Attorney for Plaintiff

DEMAND FOR JURY TRIAL
CASE NO.  C08-02495 EMC

1  PROOF OF SERVICE BY MAIL

2  I, the undersigned, am a citizen of the United States, over the age of eighteen (18)

3  and not a party to the within cause or proceeding; my business address is 1301 Marina

4  Village Parkway, Suite 330, Alameda, CA 94501.  On June 4, 2008 I served the within

5  **DEMAND FOR JURY TRIAL** in said action by placing a true copy thereof enclosed in

6  a sealed envelope with postage thereon fully prepaid, in the United States mail at

7  Alameda, Alameda County, California, addressed as follows:

8      Lisa A. Vallasenor
    Manning & Marder
9      Kass, Ellrod, Ramirez LLP
    One California Street, Suite 1100
10      San Francisco, CA 94111

11  I declare under penalty of perjury that the foregoing is true and correct.  Executed

12  on June 4, 2008, in Alameda, California.

13

14

15                                                  _____
                                                Kim Borden

16

17

18

19

20

21

22

23

24

25

26

27

28

DEMAND FOR JURY TRIAL
CASE NO.  C08-02495 EMC