1   Lisa A. Villasenor, Esq.
    State Bar No. 133984
2   **MANNING & MARDER**
    **KASS, ELLROD, RAMIREZ LLP**
3   One California Street, Suite 1100
    San Francisco, CA 94111
4   Telephone:    (415) 217-6990
    Facsimile:    (415) 217-6999
5
    Attorneys for Defendant,
6   J.C. PENNY CORPORATION, INC.
    (Erroneously sued as J.C. PENNEY CORPORATION)
7

8                    UNITED STATED DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   ALLISON BALL,                          )   Case No.: C 08-02495 EMC
                                            )
12                      Plaintiff,          )   **CORPORATE DISCLOSURE**
                                            )   **STATEMENT OF DEFENDANT,**
13   vs.                                    )   **J.C. PENNEY CORPORATION,**
                                            )   **INC.**
14   J.C. PENNY CORPORATION                 )
     and DOES 1-50,                         )
15                                          )
                        Defendants.         )   Complaint filed:    March 4, 2008
16                                          )
                                            )
17   _____   )

18          Defendant, J.C. PENNEY CORPORATION, INC. ("JCPenney") hereby files its Corporate

19   Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3:

20          1.     The parent corporation of J.C. Penney Corporation, Inc. is J.C. Penney Company, Inc.

21          2.     There is no publicly held corporation that owns 10% or more of its stock.

22          3.     No other publicly held entity has any financial interest in the outcome of this

23                 litigation.

24   Dated:  July 7, 2008                        MANNING & MARDER
                                                 KASS, ELLROD, RAMIREZ LLP
25

26

27                                               By: _____
                                                       Lisa A. Villasenor
28                                                 Attorneys for Defendant,
                                                   J.C. PENNY CORPORATION, INC.

-1-                                        D:\docsdata\lav\Ball v. J.C. Penney\Pleadings\CorpDiscStmnt.wpd

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATION OF SERVICE

*ALLISON BALL v. J.C. PENNEY CORPORATION*
United States District Court - Northern District Case No.: (C 08-02495 EDL)

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One California Street, Suite 1100, San Francisco, CA 94111.

On July 8, 2008, I served the document described as CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, J.C. PENNEY CORPORATION, INC. on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

## SEE ATTACHED SERVICE LIST

☒   **(BY MAIL)** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

I placed such envelope with postage thereon prepaid in the United States mail at San Francisco, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **(BY OVERNIGHT COURIER):** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard _____ overnight delivery procedures.

☐   **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number:   .

☐   **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☒   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 8, 2008 at San Francisco, California.

_____
Carlos Rios

-2-

1

## SERVICE LIST

2

Joseph W. Campbell                          **Attorney for Plaintiff,**
Law Offices of Joseph W. Campbell           Allison Ball
1301 Marina Village Parkway, Suite 330
Alameda, CA 94501
        *Tel:  (510) 865-5409*
        *Fax: (510) 865-5410*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, J.C. PENNEY CORPORATION, INC.