Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
Lisa A. Villasenor, Esq. (State Bar No. 133984)
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
One California Street, Suite 1100
San Francisco, CA 94111
Telephone: (415) 217-6990
lav@mmker.com

Attorneys for Defendant,
J.C. PENNY CORPORATION, INC.
(Erroneously sued as J.C. PENNEY CORPORATION)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON BALL, | Case No.: C 08-02495 EMC |
| Plaintiff, | |
| vs. | **DEFENDANT'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| J.C. PENNY CORPORATION and DOES 1-50, | |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S. C. Section 636 (c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of final judgment. Appeal from the judgement shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 15, 2008

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By: _____
Lisa A. Villasenor
Attorneys for Defendant,
J.C. PENNEY CORPORATION, INC.
(erroneously sued as J.C. PENNEY & COMPANY, INC.)

## CERTIFICATION OF SERVICE

*ALLISON BALL v. J.C. PENNEY CORPORATION*
United States District Court - Northern District Case No.: (C 08-02495 EDL)

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One California Street, Suite 1100, San Francisco, CA 94111.

On July 16, 2008, I served the document described as CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, J.C. PENNEY CORPORATION, INC. on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

I placed such envelope with postage thereon prepaid in the United States mail at San Francisco, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT COURIER):** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard _____ overnight delivery procedures.

☐ **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number: .

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 16, 2008 at San Francisco, California.


_____
Carlos Rios

## SERVICE LIST

| | |
|---|---|
| Joseph W. Campbell<br>Law Offices of Joseph W. Campbell<br>1301 Marina Village Parkway, Suite 330<br>Alameda, CA 94501<br>*Tel: (510) 865-5409*<br>*Fax: (510) 865-5410* | **Attorney for Plaintiff,**<br>Allison Ball |