1 JOSEPH W. CAMPBELL, (SBN 53263)
LAW OFFICES OF JOSEPH W. CAMPBELL
2   A Professional Corporation
1301 Marina Village Parkway, Suite 330
3 Alameda, CA 94501
Telephone: (510) 865-5409
4 Facsimile: (510) 865-5410

5 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON BALL, | Case No.: C08-02495 EMC |
| Plaintiff, | |
| vs. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| JC PENNEY CORPORATION, INC. and Does 1 to 50, | |
| Defendants. | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 4, 2008

LAW OFFICES OF JOSEPH W. CAMPBELL
A Professional Corporation

By: _____
JOSEPH W. CAMPBELL
Attorney for Plaintiff